DAVID SHEEAN
*v.*
J. RUSSELL JONES *et al.*

APPEAL from the Circuit Court of Jo Daviess county; the Hon. BENJAMIN R. SHELDON, Judge, presiding.

Mr. M. Y. JOHNSON, and Mr. DAVID SHEEAN, for the appellant.

Mr. C. BECKWITH, with whom were Messrs. AYER and KALES, for the appellees.

Per CURIAM : This case is identical in principle with that of *Johnson* v. *Jones, ante,* and the judgment will be reversed for the reasons given in the opinion filed in that case.

*Judgment reversed.*